United States District Court
Western District of New York

Reliable Process Services
PO BOX 231
MOSEY, NY 10952

| | |
|---|---|
| AMY DE ALBA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s)<br><br>- against -<br><br>EASTPOINT RECOVERY GROUP, INC.<br><br>Defendant(s) | **AFFIDAVIT OF SERVICE**<br>CORP/BUSINESS ENTITY<br><br>Index #: **1:22-cv-1025** |

STATE OF NEW YORK ) 
) ss:
COUNTY OF ERIE )

Our Job #: 7060381

**Joseph Jeziorowski**, being duly sworn, deposes and says: I am over the age of 18 years, not a party to this action, and reside in the State of New York.

On **Wednesday, January 11, 2023** at **11:07 AM** at **1738 ELMWOOD AVENUE, SUITE 104, BUFFALO, NY 14207**

I served a true copy of the within **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL**, bearing Index # **1:22-cv-1025**

On **EASTPOINT RECOVERY GROUP, INC.** in the following manner:

By personally delivering a true copy of the above described documents to **Amy Constantine** personally, deponent knew said corporation/business entity served to be the corporation/business entity described therein, and knew said individual to be the **AUTHORIZED AGENT** thereof and authorized to accept the service of process.

**Approximate Description of Person The Documents Were Left With:**
Sex: **Female**, Skin/Race: **Light**, Hair Color: **Black**, Age: **35-50**, Height: **5ft 6in**, Weight: **165**

**Additional Details:** Vice President

Sworn to and subscribed before me on
01/11/2023

_____
Jacqueline L. Balikowski
Commissioner of Deeds
City of Buffalo, State of New York
My Commission Expires 12/31/24

_____
Joseph Jeziorowski
Process Server

**WNY Process Service, LLC**
*Main Office*
1260 Delaware Ave.
Buffalo, NY 14209
Service@WNYProcess.com